**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOWARD ADAM FOX,**

      **Plaintiff,**

v.                                                                  Case No:   6:16-cv-415-Orl-18GJK

**THE HAMPTONS AT METROWEST**
**CONDOMINIUM ASSOCIATION INC.,**
**BETH MONACO, ELIZABETH**
**YKIMOFF and ELYSSA GOLDZWEIG,**

      **Defendants.**

**REPORT AND RECOMMENDATION**

This cause comes before the Court on periodic review. On May 24, 2016, the Court entered an order (the "Order") denying Plaintiff's Motion to for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and dismissing the amended complaint (Doc. No. 17) for failing to state a claim on which relief may be granted. Doc. No. 18. The Court granted Plaintiff leave to file a second amended complaint within twenty-one (21) days from the date the Order was entered. *Id*. at 8. The Court admonished Plaintiff that "[f]ailure to file an amended complaint and renew the motion to proceed *in forma pauperis* or pay the full filing fee within the time provided will result in a recommendation that the case be dismissed without further warning [.]" *Id*. at 9.

Plaintiff has not filed a second amended complaint, and the time for doing so has long since passed. Given the Court's admonishment and Plaintiff's failure to file a second amended complaint in the time provided (or a motion for an extension of time), the undersigned finds the case is due to be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice** for failure to prosecute; and

2. The Clerk be directed to close the case.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiff by certified and regular mail.**

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on August 9, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy